IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

K.D., FATHER OF A.D., A CHILD,

      Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.
_____/

Case No.  5D22-259
LT Case No.  2020-DP-77
==CORRECTED==

Decision filed May 2, 2022

Appeal from the Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

David J. Joffe, of Joffe Law, P.A.
Ft. Lauderdale, for Appellant.

Rachel Batton and Laura Lee, of
Children's Legal Services,
Department of Children and Families,
Brooksville, for Appellee Department
of Children and Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, Samantha C.
Valley, ==Senior Attorney==, and ==Krystle
Cacci==, Certified Legal Intern, of the
Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

PER CURIAM.

    AFFIRMED.

EVANDER, COHEN and WOZNIAK, JJ., concur.